**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-089-GMN-LRL |
| JULIAN VALDEZ-ARAGON, | ) | |
| Defendant, | ) | **ORDER** |

On September 23, 2011, the court granted Gabriel Grasso's "Motion to Withdraw as Counsel of Record for Defendant" (#54). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed in place of Mr. Grasso for the purpose of appeal.

IT IS FURTHER ORDERED that Mr. Grasso shall forward the file to the Federal Public Defender forthwith.

DATED this 4th day of October 2011.

_____
LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE