UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>JULIAN VALDEZ-ARAGON<br>            Defendant. | District No.   2:10-CR-089-GMN-LRL |

**ORDER TEMPORARILY UNSEALING TRANSCRIPT**

      On October 17, 2011 Brenda Weksler of the Federal Public Defender's Office, counsel for Defendant, ordered a copy of the Transcript of the hearing held on August 30, 2011, in which **a portion of the hearing is sealed.**

      **IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

      **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

      **IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than her client and staff.

      DATED this ___18___ day of October, 2011.

                                                                     _____<br>                                                                     Gloria M. Navarro<br>                                                                     United States District Judge