Julian Valdez-Aragon
Reg. No. 44733-048
Taft Correctional Institution
P.O. Box 7001
Taft, California 93268

In Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN VALDEZ-ARAGON, ) | CASE NO: 2:10-CR-89-GMN-LRL |
| Petitioner, ) | MOTION SEEKING LEAVE TO SUPPLEMENT; AND SUPPLEMENT TO PETITIONER'S |
| v. ) | DISCOVERY MOTION PURSUANT TO RULE 6(a) GOVERNING SECTION 2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | **AND ORDER** |

Petitioner Julian Valdez-Aragon ("petitioner"), in pro se, hereby seeks permission to supplement his previously file Discovery Rule 6(a) motion Governing Section 2255 Proceedings. This supplement is based upon the petition and the previous Rule 6(a) motion, the government's response, and the accompanied reply brief to the government's response, together with all of the papers and pleadings on file and the evidence and argument to be presented at the hearing petitioner requests on the issue of ineffective assistance of counsel raised in his Section 2255 motion.

Dated this 4th day of February 2014.

/s/ Julian Valdez-Aragon

//
//
//

1

SUPPLEMENT

With the filing of his Section 2255 petition, petitioner also filed a discovery motion pursuant to Rule 6(a) of Rules Governing Section 2255 Proceedings. After receiving the government's response, petitioner believes that the facts and legal arguments made in his reply brief are sufficient to establish "good cause" for the relief requested in the original Rule 6(a) motion pending in this Court. Petitioner sees no reason to simply restate the facts and case law as outlined by petitioner in his reply brief given that in his estimation he touches upon all the relevant facts and applicable law to his request for discovery.

Thus, rather than rewrite his original Rule 6(a) motion in a way suitable to the government's response in opposition to the discovery process, petitioner respectfully requests this Honorable Court to incorporate and consider by reference the facts and arguments made by petitioner in his reply to assist its conclusion concerning the merits of petitioner's discovery motion.

Respectfully submitted,

*/s/ Julian Valdez-Aragon*
Julian Valdez-Aragon

## ORDER

Defendant's MOTION (ECF No. 82) Seeking Leave to Supplement MOTION (ECF No. 73) Pursuant to Rule 6(a) of the Rules Governing 28 U.S.C. Section 2255 Proceedings filed by Julian Valdez-Aragon is hereby **GRANTED** in accordance with the Order (ECF No. 84) entered in this matter on February 7, 2014.

**DATED** this 10th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court