## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>               Plaintiff, ) <br>   vs. ) <br> ) <br> JULIAN VALDEZ-ARAGON, ) <br> ) <br>               Defendant. ) <br> ) | Case No.: 2:10-cr-00089-GMN-CWH <br><br> **ORDER** |

     The Court finds that Government counsel has courteously attempted to assist the Court and enable the Petitioner to review the subpoenaed materials; however, Petitioner's ability to represent himself is handicapped by the prison's ability to accommodate him in a safe manner. Accordingly,

     Petitioner's Motion for Appointment of Appellate Counsel (ECF No. 88) is hereby **GRANTED**.

     **IT IS FURTHER ORDERED** that the **FEDERAL PUBLIC DEFENDER'S OFFICE** is hereby appointed to represent Petitioner Julian Valdez-Aragon in all appellate proceedings.

     **IT IS FURTHER ORDERED** that the deadline for appointed counsel to file the Petitioner's Second Supplement in Support of his Motion to Vacate (ECF No. 70) is **Monday, August 4, 2014**.

     **DATED** this 4th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court