# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:10-cr-00089-GMN-CWH |
| vs. | ) |
| | ) **AMENDED ORDER** |
| JULIAN VALDEZ-ARAGON, | ) |
| Defendant. | ) |

The Court finds that Government counsel has courteously attempted to assist the Court and enable the Petitioner to review the subpoenaed materials; however, Petitioner's ability to represent himself is handicapped by the prison's ability to accommodate him in a safe manner. Accordingly,

Petitioner's Motion for Appointment of Appellate Counsel (ECF No. 88) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that **TODD M. LEVENTHAL, ESQ.** is hereby appointed to represent Petitioner Julian Valdez-Aragon in all appellate proceedings.

**IT IS FURTHER ORDERED** that the deadline for appointed counsel to file the Petitioner's Second Supplement in Support of his Motion to Vacate (ECF No. 70) is **Monday, August 11, 2014**.

**DATED** this 11th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court